UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ALBERT T. DAVIDSON, | Civil No. 3:09-CV-5482-BHS-JRC |
|---|---|
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including January 29, 2010, to file Defendant's responsive brief;

- Plaintiff shall have up to and including February 12, 2010, to file an optional reply brief; and

- Oral argument, if desired, shall be requested by February 19, 2010.

DATED this 15th day of December, 2009.

J. RICHARD CREATURA
UNITED STATES MAGISTRATE JUDGE

Page 1   ORDER - [3:09-CV-5482-BHS-JRC]