# United States District Court

WESTERN DISTRICT OF WASHINGTON

ALBERT T. DAVIDSON

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5482BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

    The Court adopts the Report and Recommendation;

    The Court **REVERSES** the Administrative Law Judge's (ALJ) decision because the ALJ improperly evaluated the medical opinions presented and thereby erred in evaluating the Plaintiff's credibility, the lay witness evidence, Plaintiff's residual functional capacity, and reliance on the vocational expert testimony; and

    The Court **REMANDS** this matter to the Social Security Commissioner for further administrative proceedings in accordance with the Report and Recommendation.

| June 16, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                       *s/CM Gonzalez*
                                                       Deputy Clerk